AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VELEZ-RIVE, CAMILLE L. | US DISTRICT COURT PUERTO RICO | 04/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE FULL TIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US DISTRICT COURT
FEDERICO DEGETAU FEDERAL BUILDING, 150 CHARDON STREET
OFFICE 458K
SAN JUAN, PUERTO RICO 00918

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VELEZ-RIVE, CAMILLE L. | 04/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **VELEZ-RIVE, CAMILLE L.** | 04/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Banco Popular de Puerto Rico | Mortgage on Retal Property #1, Luquillo, PR | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VELEZ-RIVE, CAMILLE L. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | Closed | 05/26/15 | | | See Note Part VIII |
| 2. UBS FINANCIAL SERVICES MONEY FUND ACCOUNT | A | Interest | | | Closed | 05/26/15 | J | | |
| 3. BPPR IRA | A | Interest | J | T | | | | | |
| 4. NORTHWESTERN MUTUAL LIFE INSURANCE CASH VALUE | A | Dividend | K | T | | | | | |
| 5. BPPR ACCOUNTS | A | Interest | M | T | | | | | See Note Part VIII |
| 6. BROKERAGE ACCOUNT #2 | | | | | Closed | 05/26/15 | | | See Note Part VIII |
| 7. ABC VIATICALS SETTLEMENT TRUST ACCOUNT | | None | | | Distributed | 07/15/15 | J | | See Note Part VIII |
| 8. ABC VIATICALS INC | | None | | | Distributed | 07/15/15 | J | | See Note Part VIII |
| 9. COLLEEN HAGEN II, LLC | | None | K | T | | | | | |
| 10. Rental Property #1, Luquillo, PR (2004 $320,000) | | None | | | Sold | 05/22/15 | M | | Raymond and Sandra Ruyack |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VELEZ-RIVE, CAMILLE L. | 04/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1 and 6 - Brokerage Accounts #1 and #2 were open investment accounts with no assets nor funds, as it was reported in the financial disclosure statements of previous years. On May 26, 2015, Brokerage Accounts #1 and #2 were closed.

Part VII, line 5 - The name of the asset in previous financial disclosure statements was "BPPR Checking Account." The name was changed to "BPPR Accounts" on the present financial disclosure statement of the year 2015 because an additional savings account was opened at BPPR. The value code in part C(1) changed from J (in the financial disclosure statement of 2014) to M (in the financial disclosure statement of 2015) because the money received from the back pay award for US Magistrate Judges under the Miller case was deposited in July 2015 in the BPPR Accounts.

Part VII, lines 7 and 8 - The distribution on July 15, 2015, as to both investments, was a final distribution for both investments in the total amount of $3,121.80. On April 25, 2011, a partial distribution was made, as to both investments, in the amount of $5,500.38 but it was not reported in my financial disclosure statements of 2012, 2013 and 2014 due to an involuntary oversight. I became aware of the involuntary oversight when I was preparing the present financial disclosure statement of 2015.

Part VII, line 10. Rental Property #1 was never rented in 2015. Rental Property #1 was sold on May 22, 2015. As such, the mortgage in favor of Banco Popular de Puerto Rico on Rental Property #1, which was reported as a liability in Part VI of this financial disclosure statement of 2015, was paid off and did not exist at the end of the 2015 reporting period. As such, this mortgage will not be informed as a liability in Part VI of the financial disclosure statement of 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| VELEZ-RIVE, CAMILLE L. | 04/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CAMILLE L. VELEZ-RIVE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544